

# Paul D. Petrus Jr.

Attorney at Law & Associates, P.C.

The Graybar Building
420 Lexington Ave., Suite 2450
New York, NY 10170
212.564.2440
www.petruslaw.com

I will construe this application as a motion to reconsider.  The motion to reconsider is granted.  Upon reconsideration, Defendant's sentence is reduced to 12 months and 1 day.

SO ORDERED.

*Cathy Seibel*   4/30/24
CATHY SEIBEL, U.S.D.J.

April 30, 2024

United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 621
White Plains, NY 10601
Attn: The Honorable Cathy Seibel

**RE: Application to Modify Sentence as a Zero Point Offender
Norma Melara 7:23-CR-104-001**

Dear Judge Seibel:

    On March 5, 2024, my office filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582 (c)(2). On March 15, 2024, without objection from the United States Attorney's Office the Court granted the application, and reduced the judgement from 14 months to 12 months, the maximum reduction allowed. My motion did not ask for 12 months; it asked for a resentencing as a zero point offender. Subsequent to this, on April 19, 2024 and thereafter, I heard from Ms. Melara that if she is not sentenced to 12 months and 1 day she will lose some credit towards service of her sentence and her release to a halfway house in advance of completion of her sentence could be sooner than the present date. While the Court has reduced her sentence from 14 months to 12 months, I ask the Court to kindly modify the judgment for Ms. Melara to 12 months and one day. *This application is without objection from the United States Attorney's Office.*

    I note that U.S.C. § 3582 (c)(2) governs the modification of this sentence. My office has reviewed the statutory authority and found that it does not address the issue of modification of a sentence to *increase* the time of incarceration. Further, the original judgement itself in this case has yet to be amended. As such, I believe that the Court still holds jurisdiction of this matter, and it is within the Court's authority to modify the sentence as requested.




**Attorney at Law & Associates, P.C.**

Thank you.

                                            Yours,

                                            Paul D. Petrus Jr.

Cc:    United States Attorney's Office
         300 Quarropas Street
         White Plains, NY 10601
         Attn: AUSA Kevin Sullivan
         Via ECF